UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STEVEN LYONS,

        Plaintiff(s),

v.

GAYLE LEACH, VONHILTMAYER, HAAS,
KEN ROMANOWSKI, M. VISCONTI, & S. WHITE

        Defendant(s).
_____/

Case No. 12-15408

Judge  Patrick J. Duggan

Magistrate Judge  Mona K. Majzoub

## NOTICE OF CORRECTION

Docket entry number __40__, filed __11/25/2013__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [x] Other:  Incorrect event used when filing Opinion and Order.

If you need further clarification or assistance, please contact __MARILYN OREM__ at __(313) 234-5147__.

DAVID J. WEAVER, CLERK OF COURT

Dated: November 26, 2013

Bernadette M. Thebolt
Deputy Clerk