**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STEVEN LYONS,

        Plaintiff,               CIVIL ACTION NO. 12-cv-15408

    v.                           DISTRICT JUDGE JUDITH E. LEVY

                                  MAGISTRATE JUDGE MONA K. MAJZOUB

GAYLE LEACH, et al.,

        Defendants.

_____/

**OPINION AND ORDER GRANTING DEFENDANTS'**
**MOTION FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITION [52]**

      This is a prisoner civil rights complaint brought under 42 U.S.C. § 1983.  Before the Court is Defendants' Motion for Leave to Take Plaintiff's Deposition.  (Docket no. 52.)  Plaintiff has not filed a Response.  Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), a party must obtain leave of court to take the deposition of a person confined in prison.  Fed. R. Civ. P. 30(a)(2)(b).  The court must grant leave to the extent consistent with Rule 26(b)(2).  *Id*.  Defendants assert that the taking of Plaintiff's deposition is essential to the preparation of a defense in this case.  The Court agrees.  Accordingly, Defendants' Motion for Leave to Take Plaintiff's Deposition is GRANTED.

      **IT IS SO ORDERED**.

**NOTICE TO THE PARTIES**

      Pursuant to Federal Rule of Civil Procedure 72(a), the parties have a period of fourteen days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. § 636(b)(1).

Dated: October 7, 2014         s/ Mona K. Majzoub
                               MONA K. MAJZOUB
                               UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Steven Lyons and Counsel of Record on this date.

Dated: October 7, 2014         s/ Lisa C. Bartlett
                               Case Manager